# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHRISTOPHER B. HOWARD,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-35-Orl-19DAB**

**OREGON TELEVISION, INC.,**

      **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANT'S VERIFIED MOTION FOR AWARD OF COSTS (Doc. No. 48)**
>
> **FILED:** **November 28, 2007**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Defendant Oregon Television, Inc. is entitled to recover its costs as the prevailing party, as determined in the previously entered order and judgment (Doc. No. 46 and 47). Costs are to be taxed by the Clerk upon presentation of a bill of costs (F.R.Civ.P. 54(d)(1)). Costs thus taxed may be reviewed by motion by any party.

Accordingly, the motion is denied without prejudice to movant's re-filing its bill of costs as a stand alone document (rather than as an exhibit to a motion) within 5 days of this Order.

**DONE** and **ORDERED** in Orlando, Florida on November 29, 2007.

                                          *David A. Baker*
                                    DAVID A. BAKER
                            UNITED STATES MAGISTRATE JUDGE

-2-

Copies furnished to:

Counsel of Record
Unrepresented Parties